## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| THE CINCINNATI INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Case No. 07-2059-KHV-DJW |
| FOY CONSTRUCTION COMPANY, INC., | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER FOR HEARING IN AID OF EXECUTION

TO:  **Mark C. Foy**
**24 Countryside Drive**
**Hutchinson, KS 67502**

**Mark C. Foy**
**Properties, Inc.**
**1525 West 4th Avenue**
**Hutchinson, KS 67501**

**Mark C. Foy**
**Foy Construction Company, Inc.**
**1525 West 4th Avenue**
**Hutchinson, KS 67501**

The Court hereby grants Plaintiff's Motion for Hearing to Aid in Execution (doc. 20).

You are hereby ordered and directed to appear for a hearing in aid of execution on **Thursday, the 11th day of September, 2008 at 1:30 p.m**. in Room 223 of the Robert J. Dole Courthouse, Kansas City, Kansas, to be examined under oath concerning your, Properties, Inc. and Foy Construction Company, Inc.'s means of satisfying the judgment rendered in this case.  You are further ordered and directed to produce at the hearing the following records and documents for inspection and copying by counsel for the plaintiff.

1. Every checking, savings, money market, and/or other financial account statements, including certificates of deposits, whether owned individually by the Defendant(s) or jointly with any other person or entity.

2. Every stock, bond or other financial account, including, but not limited to, closely held corporations and partnership interest (either general or limited), in which any Defendant may have an interest.

3. Any and all originals or copies of payroll records, pay stubs, or checks for the Defendant(s) indicating his income and employee benefits including, but not limited to, pension plan benefits and/or 401 (k) plans.

4. Original or copy of every account, note, debt or other sum now due or to become due to the Defendant(s).

5. Original or copy of every motor vehicle and all other personal property (by bill of sale or certificate of title) in which the Defendant(s) may claim an interest.

6. Original or copy of all real estate (by deed, abstract or title insurance policy) in which the Defendant(s) may claim an interest.

7. Every lawsuit filed or to be filed by or on behalf of Defendant(s).

8. Original or copy of every life insurance policy (regardless of the named insured) in which the Defendant(s) may claim an interest.

9. Original or copy of every trust, inheritance and estate in which Defendant(s) are a beneficiary, legatee, trustee, devisee or heir.

10. Copies of any and all state and federal income tax returns submitted and/or prepared for the calendar years 2005, 2006, and 2007, for any of the Defendants.

11. Each and every financial statement or loan application prepared for any of the Defendants and/or submitted for any purpose at any time in the twelve months preceding this Order.

This order is directed to you for the reason that judgment was entered against you, Mark C. Foy, Foy Construction Company, Inc. and Properties, Inc., and to this date remains unpaid

and unsatisfied. Failure to appear at the above time and place may cause you to be cited and punished for contempt of this court.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Hearing to Aid in Execution (doc. 20) is granted, and a hearing in aid of execution as set forth herein is set for **September 11, 2008 at 1:30 p.m.**

IT IS SO ORDERED.

Dated this 4th day of August 2008.

s/ David J. Waxse

David J. Waxse
U.S. Magistrate Judge

Submitted by:
**LEVY AND CRAIG**
A Professional Corporation

Lawrence Lerner        U.S.D.C. KS # 70504
llerner@levycraig.com
C. Eric Pfanstiel        KS #22854
epfanstiel@levycraig.com
1301 Oak Street
Kansas City, Missouri 64106
(816) 474-8181
Fax: 816/471-2186

*ATTORNEYS FOR PLAINTIFF,*
*THE CINCINNATI INSURANCE COMPANY*O:\ECFDocs\Orders for Signature\Cinncinati Ins. 07-2059 Hrg. in Aid of Exec.DOC